No. 69201.—Pan American Trade Development Corp. *v.* United States, protest 61/13311 (Savannah).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of galvanized field fencing, not over twenty one-hundredths and not under eight one-hundredths of an inch in diameter, similar in all material respects to that the subject of *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), the claim of the plaintiff was sustained.

No. 69202.—Olimpia Products, Inc. *v.* United States, protest 63/21855 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of lawn sprinklers and parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.